*In re:*

| | |
|---|---|
| Debra Milz, | **Chapter** 13 |
| | **Case Number:** 19-55807 |
| Debtor | **Judge:** Phillip J. Shefferly |
| _____ / | |

## OBJECTION TO MICHIGAN DEPARTMENT OF TREASURY'S PROOF OF CLAIM (PACER NO. 11-1)

NOW COMES, Debra Milz, by and through their attorney, Jaafar Law Group PLLC, in support of their objection to the Michigan Department of Treasury's Proof of Claim filed on January 27, 2020, states as follows:

1. Debtor filed for Chapter 13 relief on November 6, 2019.
2. Creditor, Michigan Department of Treasury, on January 27, 2020, filed a proof of claim No. 11-1 - a priority claim for, *inter alia,* unfiled 2016 state tax returns.
3. Debtor is disputing that they owe the amounts being claimed because said State of Michigan tax returns for 2016 have been filed, and there was no tax liability for that year.

WHEREFORE, Debtor's respectfully request that this Honorable court sustain their Objection to Michigan Department of Treasury's proof of claim.

Respectfully Submitted,

**JAAFAR LAW GROUP PLLC**

/s/David Ienna
David Ienna (P77170)
Attorneys for Debtor
1 Parklane Blvd, Suite 729 East
Dearborn, MI 48126
(888) 324-7629
david@fairmaxlaw.com

Dated: February 21, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

    Debra Milz,                         **Chapter** 13
                                              **Case Number:** 19-55807
                Debtor             **Judge:** Phillip J. Shefferly

_____/

**ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 11-1 FILED BY MICHIGAN DEPARTMENT OF TREASURY**

     This matter having come before the Court by way of objection of the Chapter 13 Debtor to the allowance of above-referenced claim and service having been made with a notice of hearing allowing a thirty-three (33) day notice period pursuant to F.R.Bankr.P. 3007, the requisite time having passed without a response having been timely served and the Court being otherwise sufficiently advised in the premises;

     **IT IS HEREBY ORDERED** that Claim No.11-1 is disallowed to the extent of the $1,655.00 tax deficiency and $227.02 in interest for the 2016 State of Michigan tax return.

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

    Debra Milz,                                **Chapter** 13
                                            **Case Number:** 19-55807
                    Debtor                **Judge:** Phillip J. Shefferly

_____/

## **NOTICE OF OBJECTION TO PROOF OF CLAIM**

The Debtor in the above captioned matter has filed an objection to your claim in this Bankruptcy Case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with you attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before March 26, 2020, you or your lawyer must:

1.        File with the court a written response to the objection, explaining your position, at:

                                   U.S. Bankruptcy Court-Court Clerk
                                   211 W. Fort Street
                                   Detroit, MI 48226

           If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

           You must also mail a copy to:

1. Jaafar Law Group PLLC, Attn: David Ienna, 1 Parklane Blvd, Suite 729 East, Dearborn, MI 48126

2. David Ruskin, Chapter 13 Trustee, 26555 Evergreen Rd, Southfield, MI 48076

3. Attend the hearing on the objection, scheduled to be held on April 2, 2020 at 9:00 a.m. on the 19th floor at 211 West Fort St, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself

and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Respectfully Submitted,

**JAAFAR LAW GROUP PLLC**

/s/David Ienna
David Ienna (P77170)
Attorneys for Debtor
1 Parklane Blvd, Suite 729 East
Dearborn, MI 48126
(888) 324-7629
david@fairmaxlaw.com

Dated: February 21, 2020